1 | HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
2 | MEGAN T. HOPKINS, Bar No. 294141
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
DANIEL V. QUEZADA, JR.

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) Case No.  1:14-MJ-00222 SAB
                                                    )
12 |            *Plaintiff*,                         ) **STIPULATION TO RESET STATUS**
                                                    ) **REPORT SCHEDULE; ORDER**
13 | vs.                                             )
                                                    ) Hearing Date:   January 7, 2016
14 | DANIEL V. QUEZADA, JR.,                         )
                                                    )
15 |            *Defendant*.                         )
                                                    )
16 | _____                  )

17 | **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 | respective attorneys of record, that the schedule for filing the Status Report which filing was due

19 | December 24, 2015, may be continued to December 31, 2015.

20 | The parties request this continuance in order to verify the information provided by the

21 | defendant regarding community service hours and payment of the $10.00 special assessment.  As

22 | a result of the Holiday period the parties were unable to reach representatives from the necessary

23 | agencies in order to verify the information required in the report.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

The parties anticipate having all items verified and reports filed no later than December 31, 2015.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: December 29, 2015        *Megan T. Hopkins*
                                    MEGAN T. HOPKINS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DANIEL V. QUEZADA, JR.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: December 29, 2015        */s/ Katherine Plante*
                                    KATHERINE PLANTE
                                    Special Assistant United States Attorney
                                    Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED.

Dated: **December 30, 2015**

                                    UNITED STATES MAGISTRATE JUDGE