# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>DANIEL V. QUEZADA, JR.,<br><br>    Defendant. | Case No. 1:14-mj-00222-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**           Driving with a Suspended License, in violation of 36 CFR 4.2(b)

**Sentence Date:**          December 11, 2014

**Review Hearing Date:**    January 7, 2016

**Probation Expires On:**   June 10, 2016

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒       **Obey all federal, state and local laws**; and

☒       **Monetary Fines & Penalties in Total Amount of:**  $10 (Statutory Assessment)

☐       Payment schedule:

☒       Community Service hours Imposed of:  150 hours by 12/11/2015

☐       Other Conditions:

## *COMPLIANCE:*

☒       Defendant has complied with and completed <u>all</u> conditions of probation described above.

- Defendant mailed in payment of the $10 statutory assessment by personal check to the USDC Clerk on December 28, 2015. That payment does not yet appear to have been processed, but should be reflected on the payment record before the date of the review hearing.

    **Otherwise:**

☐       Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐       To date, Defendant has paid a total of $
        ☐ If not paid in full when was last time payment:

☐       To date, Defendant has performed  --- hours of community service

☐       Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance:
Per the clerk's office as of 12/22/15, the defendant has not yet paid the $10 special assessment.

Government Attorney:  */s/ Katherine A. Plante, SAUSA*

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/7/2016 at 10:00 a.m.

   ☐ be continued to _____ at 10:00 a.m.

   ☒ be vacated.

DATED:  12/30/2015                                           */s/ Megan Hopkins*
                                                                            DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED.

IT IS SO ORDERED.

Dated:   **January 4, 2016**                              _____
                                                                             UNITED STATES MAGISTRATE JUDGE